UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL TRAVON AUSTIN,<br><br>    Petitioner,<br><br>    v.<br><br>RAYMOND MADDON,<br><br>    Respondent. | Case No. 5:23-cv-00215-SB (MAR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

  **IT IS THEREFORE ORDERED** that Judgment be entered (1) accepting this Report and Recommendation; (2) **DENYING** the Petition; and (3) **DISMISSING** this action with prejudice.

Date: December 27, 2023

                  _____
                  Stanley Blumenfeld, Jr.
                  United States District Judge